UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES ANTHONY ZYLA,

           Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

           Defendant.

No.  CV-11-0467-CI

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: May 24, 2013

           SEAN F. McAVOY
           Clerk of Court

           By:  *s/Pam Howard*
               Deputy Clerk